UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WILNER, et al., ) | |
| ) | Civil No. 07-3883 (DLC) |
| Plaintiffs, ) | |
| v. ) | |
| NATIONAL SECURITY AGENCY and ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, ) | |
| Defendants ) | |

### NOTICE OF APPEARANCE

COME NOW the undersigned counsel and enter their appearance as counsel of record for the National Security Agency and the United States Department of Justice. All service, correspondence, and notices should be directed to Ms. Rupa Bhattacharyya at the fax numbers and/or addresses set forth below:

Address for U.S. Mail

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044

Address for Overnight Mail & Hand Delivery

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001

Tel: (202) 514-3146
Fax: (202) 318-7593
E-Mail: rupa.bhattacharyya@usdoj.gov

Please be advised that due to continuing delays associated with incoming U.S. Mail at government locations, correspondence by fax, overnight mail, electronic mail, or hand delivery is preferred.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General, Civil Division

        JOSEPH H. HUNT
        Director, Federal Programs Branch

        JOHN R. TYLER
        Senior Trial Counsel
        Federal Programs Branch, Civil Division


        ____/s/ *Rupa Bhattacharyya*_____
        RUPA BHATTACHARYYA (VA# 38877)
        Senior Trial Counsel
        Federal Programs Branch, Civil Division
        United States Department of Justice
        P.O. Box 883, 20 Massachusetts Ave., N.W.
        Washington, D.C.  20044
        Tel: (202) 514-3146
        Fax: (202) 318-7593
        Email: rupa.bhattacharyya@usdoj.gov

Dated:   August 2, 2007.