

U.S. Department of Justice

Civil Division

**MEMO ENDORSED**

Washington, D.C. 20530

September 24, 2007

**BY FEDERAL EXPRESS**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07
```

Re:  Thomas Wilner, et al. v. National Security Agency and Department of Justice,
     Civil No. 07-3883 (DLC)

Dear Judge Cote:

I am writing on behalf of the defendants in the above-referenced action to respectfully request a continuance of the initial pre-trial conference currently scheduled in the above-referenced case for Friday, September 28, 2007, due to a personal commitment on the part of undersigned counsel for defendants which poses an obstacle to travel to New York on that date. Undersigned counsel for defendants has conferred with counsel for the plaintiffs, Mr. Shayana Kadidal, Esq., who does not object to postponement of the conference. The parties have conferred concerning an alternative date, and both counsel are available on October 26, 2007, or thereafter. Undersigned counsel for defendants and Mr. Kadidal and co-counsel from the Center of Constitutional Rights for plaintiffs expect to appear in person, but Mr. Kadidal has requested that I convey the request that associated counsel for plaintiffs from Butler Rubin Saltarelli Boyd LLP in Chicago be allowed to attend the conference by telephone. Defendants have no objection to that request.

We appreciate the Court's attention to this scheduling matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JOSEPH H. HUNT
Director, Federal Programs Branch

```
RECEIVED
SEP 25 2007
CHAMBERS OF
DENISE COTE
```

*Conference is adjourned to October 26 at 12:30 p.m.*

*Denise Cote*
*September 25, 2007*

-2-

JOHN R. TYLER
Senior Trial Counsel
Federal Programs Branch

*/s/ R. Bhattacharyya*

RUPA BHATTACHARYYA (RB9925)
VA Bar # 38877
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3146;  Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

cc: Shayana Kadidal
Michael Ratner
Emi MacLean
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317

James P. Rubin
Julie P. Shelton
R. Cantrell Jones
Kendric M. Cobb
Merkys I. Gomez
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison Street, Suite 1800
Chicago, IL 60602