UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THOMAS WILNER, JONATHAN HAFETZ,          :
GITANJALI GUTIERREZ, MICHAEL J.          :   07 CIV. 3838 (DLC)
STERNHELL, JONATHAN WELLS DIXON, JOSHUA  :
COLANGELO-BYRAN, BRIAN J. NEFF, JOSEPH   :   PRETRIAL
MARGULIES, SCOTT S. BARKER, ANNE         :   SCHEDULING ORDER
CASTLE, JAMES E. DORSEY, ASMAH TAREEN    :
RICHARD A. GRIFF, THOMAS R. JOHNSON,     :
GEORGE BRENT MICKUM IV, and STEPHEN M.   :
TRUITT,                                  :
                         Plaintiffs,     :
                                         :
           -v-                           :
                                         :
NATIONAL SECURITY AGENCY and DEPARTMENT  :
OF JUSTICE,                              :
                                         :
                         Defendants.     :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/07

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on October 26, 2007 the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Plaintiffs shall amend their complaint by **November 2, 2007**.

2. The following motion will be served by the dates indicated below.

   Parties' summary judgment motions

   - Defendants' motion to be served by **February 22, 2008**
   - Plaintiffs' opposition and cross motion to be served **by March 14, 2008**
   - Defendants' reply and opposition to be served by **April 4, 2008**
   - Plaintiff's reply to be served by **April 11, 2008**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

   Dated:   New York, New York
            October 29, 2007

                              _____
                                       DENISE COTE
                              United States District Judge