UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
_____ x
                                    :
THOMAS WILNER, et al.,              :
                                    :
              Plaintiffs,           :
                                    :
       v.                           :   No. 07-CIV-3883 (DLC)
                                    :
NATIONAL SECURITY AGENCY, et al.,   :
                                    :
              Defendants.           :
                                    :
_____ x
```

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiffs in the above-captioned case. I certify that I am admitted to practice before this Court.

Dated:   New York, New York
         November 2, 2007

                                        Respectfully submitted,

                                        /s/ Pardiss Kebriaei
                                        Pardiss Kebriaei [PK-0415]
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel:  (212) 614-6452
                                        Fax:  (212) 614-6499
                                        pkebriaei@ccr-ny.org

                                        Counsel for Plaintiffs