UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS WILNER, et al. ) | |
| ) | |
| Plaintiffs, ) | Judge Denise L. Cote |
| ) | |
| v. ) | No. 07-CIV-3883 |
| ) | |
| NATIONAL SECURITY AGENCY and ) | **MOTION TO ADMIT COUNSEL** |
| DEPARTMENT OF JUSTICE ) | **PRO HAC VICE** |
| ) | |
| Defendants. ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Shayana Kadidal, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of the following attorneys:

> James I. Rubin
> Butler Rubin Saltarelli & Boyd LLP
> 70 West Madison Suite 1800
> Chicago, Illinois 60602
> (312) 444-9660
> (312) 444-1715 (facsimile)
> jrubin@butlerrubin.com
>
> Julie P. Shelton
> Butler Rubin Saltarelli & Boyd LLP
> 70 West Madison Suite 1800
> Chicago, Illinois 60602
> (312) 444-9660
> (312) 444-9843 (facsimile)
> jshelton@butlerrubin.com
>
> Karen M. Borg
> Butler Rubin Saltarelli & Boyd LLP
> 70 West Madison Suite 1800
> Chicago, Illinois 60602
> (312) 444-9660
> (312) 444-9843 (facsimile)
> kborg@butlerrubin.com

Mark A. Schwartz
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Suite 1800
Chicago, Illinois 60602
(312) 444-9660
(312) 444-9702 (facsimile)
mschwartz@butlerrubin.com

James I. Rubin, Julie P. Shelton, Karen M. Borg, and Mark A. Schwartz all are members in good standing of the Bar of the State of Illinois and of the United States District Court for the Northern District of Illinois. Ms. Shelton is also a member in good standing of the Bar of the United States District Court for the Eastern District of Wisconsin.

There are no pending disciplinary proceedings against James I. Rubin, Julie P. Shelton, Karen M. Borg , or Mark A. Schwartz in any State or Federal Court.

Dated: November 20, 2007
New York, New York

                                    Respectfully submitted,

                                    Shayana Kadidal [SK-1278]
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, NY 10012
                                    Phone: (212) 614-6438
                                    Fax: (212) 614-6499

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WILNER, et al. )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>NATIONAL SECURITY AGENCY and )<br>DEPARTMENT OF JUSTICE )<br> )<br>Defendants. )<br> ) | Judge Denise L. Cote<br><br>No. 07-CIV-3883<br><br>**AFFIRMATION OF**<br>**SHAYANA KADIDAL**<br>**IN SUPPORT OF MOTION**<br>**TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

Shayana Kadidal, being duly sworn, hereby affirms as follows:

1. I am Senior Managing Attorney at the Center for Constitutional Rights and counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit James I. Rubin, Julie P. Shelton, Karen M. Borg, and Mark A. Schwartz as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on July 24, 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. James I. Rubin, Julie P. Shelton, Karen M. Borg, and Mark A. Schwartz are attorneys with the law firm of Butler Rubin Saltarelli & Boyd LLP in Chicago, Illinois.

4. I have known Ms. Shelton and Mr. Rubin since August of 2006, and Mr. Schwartz and Ms. Borg since earlier this year.

5. I have found Mr. Rubin, Ms. Shelton, Ms. Borg, and Mr. Schwartz to be skilled attorneys and persons of integrity. They are all experienced in federal practice and familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move their admission, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of James I. Rubin, Julie P. Shelton, Karen M. Borg, and Mark A. Schwartz, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit James I. Rubin, Julie P. Shelton, Karen M. Borg, and Mark A. Schwartz, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Respectfully submitted,

Shayana Kadidal [SK-1278]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York NY 10012
Phone: (212) 614-6438
Fax: (212) 614-6499

Dated: November 20, 2007
New York, New York

**Exhibit A**
Proposed Order

## Certificate of Service

I, Shayana Kadidal, certify that on this date, I caused the foregoing Motion, together with an Affirmation in Support and Proposed Order, to be delivered to the Admissions Clerk of the Court for filing and served on opposing counsel at the following address by overnight delivery:

>Rupa Bhattacharyya
>Senior Trial Counsel
>Federal Programs Branch, Civil Division
>United States Department of Justice
>P.O. Box 883, 20 Massachusetts Ave., N.W.
>Washington, D.C. 20044
>Tel: (202) 514-3146

Dated: November 20, 2007

_____
Shayana Kadidal [SK-1278]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Karen Minkoff Borg

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Karen Minkoff Borg was duly admitted to practice in said Court on (12/20/1995) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/06/2007 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Karen Minkoff Borg

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1995 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, November 08, 2007.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS WILNER, et al. ) | |
| ) | Judge Denise L. Cote |
| Plaintiffs, ) | |
| ) | No. 07-CIV-3883 |
| v. ) | |
| ) | **ORDER FOR ADMISSION** |
| NATIONAL SECURITY AGENCY and ) | **PRO HAC VICE** |
| DEPARTMENT OF JUSTICE ) | **ON WRITTEN MOTION** |
| ) | |
| Defendants. ) | |

Upon the motion of Shayana Kadidal, attorney for Plaintiffs, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that the following attorneys:

> James I. Rubin
> Butler Rubin Saltarelli & Boyd LLP
> 70 West Madison Suite 1800
> Chicago, Illinois 60602
> (312) 444-9660
> (312)444-1715 (facsimile)
> jrubin@butlerrubin.com
>
> Julie Shelton
> Butler Rubin Saltarelli & Boyd LLP
> 70 West Madison Suite 1800
> Chicago, Illinois 60602
> (312) 444-9660
> (312) 444-9843 (facsimile)
> jshelton@butlerrubin.com
>
> Karen Borg
> Butler Rubin Saltarelli & Boyd LLP
> 70 West Madison Suite 1800
> Chicago, Illinois 60602
> (312) 444-9660
> (312) 444-9843 (facsimile)
> kborg@butlerrubin.com

        Mark A. Schwartz
        Butler Rubin Saltarelli & Boyd LLP
        70 West Madison Street, Suite 1800
        Chicago, Illinois 60602
        (312) 444-9660 (Phone)
        (312) 444-9702 (Facsimile)
        Email: mschwartz@butlerrubin.com

are admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

                                            _____
                                            Hon. Denise L. Cote
                                            United States District Judge

Dated:_____
New York, New York

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. James I. Rubin

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That James I. Rubin was duly admitted to practice in said Court on (01/16/1973) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/06/2007)

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James I. Rubin

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 18, 1971 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, November 08, 2007.

*Juleann Hornyak*

Clerk

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Julie P. Shelton

Northern District of Illinois

   I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

   DO HEREBY CERTIFY That Julie P. Shelton was duly admitted to practice in said Court on (12/16/1982) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/06/2007 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Julie Page Shelton

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 1, 1982 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, November 08, 2007.

*Juleann Hornyak*
Clerk

AO136
(Rev. 9/98)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, JON W. SANFILIPPO, Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that **Julie Page Shelton**, was duly admitted to practice in this Court on July 10, 1987, and is in good standing as a member of the Bar of this Court.

Dated at     Milwaukee, Wisconsin

on           November 2, 2007

 

Jon W. Sanfilippo
Clerk of Court

By  *[signature]*
Deputy Clerk

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Mark A Schwartz

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Mark A Schwartz was duly admitted to practice in said Court on (12/16/1999) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/06/2007 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Mark Aaron Schwartz

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 1999 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, November 08, 2007.

*Juleann Hornyak*
Clerk