SCANNED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WILNER, et al. | |
| Plaintiffs, | Judge Denise L. Cote |
| v. | No. 07-CIV-3883 |
| NATIONAL SECURITY AGENCY and DEPARTMENT OF JUSTICE | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Defendants. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Shayana Kadidal, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of the following attorneys:

James I. Rubin
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Suite 1800
Chicago, Illinois 60602
(312) 444-9660
(312) 444-1715 (facsimile)
jrubin@butlerrubin.com

Julie P. Shelton
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Suite 1800
Chicago, Illinois 60602
(312) 444-9660
(312) 444-9843 (facsimile)
jshelton@butlerrubin.com

Karen M. Borg
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Suite 1800
Chicago, Illinois 60602
(312) 444-9660
(312) 444-9843 (facsimile)
kborg@butlerrubin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

Mark A. Schwartz
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Suite 1800
Chicago, Illinois 60602
(312) 444-9660
(312) 444-9702 (facsimile)
mschwartz@butlerrubin.com

James I. Rubin, Julie P. Shelton, Karen M. Borg, and Mark A. Schwartz all are members in good standing of the Bar of the State of Illinois and of the United States District Court for the Northern District of Illinois. Ms. Shelton is also a member in good standing of the Bar of the United States District Court for the Eastern District of Wisconsin.

There are no pending disciplinary proceedings against James I. Rubin, Julie P. Shelton, Karen M. Borg , or Mark A. Schwartz in any State or Federal Court.

Dated: November 20, 2007
New York, New York

                Respectfully submitted,

                Shayana Kadidal [SK-1278]
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway, 7th Floor
                New York, NY 10012
                Phone: (212) 614-6438
                Fax: (212) 614-6499