UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
THOMAS WILNER, *et al.*,                    )
                                            )   Civil No. 07-3883 (DLC)
    Plaintiffs,                            )
                                            )
    v.                                     )
                                            )
NATIONAL SECURITY AGENCY and                )
UNITED STATES DEPARTMENT OF JUSTICE,        )
                                            )
    Defendants                             )
_____)

**NOTICE OF APPEARANCE**

COME NOW the undersigned counsel and enter their appearance as counsel of record for the National Security Agency and the United States Department of Justice.  Henceforth all service, correspondence, and notices should be directed to Mr. Alexander K. Haas at the fax numbers and/or addresses set forth below.  Mr. Haas has been assigned to this matter due to Ms. Bhattacharyya's temporary detail from the Civil Division to another component of the U.S. Department of Justice.

<u>Address for U.S. Mail</u>                                  <u>Address for Overnight Mail & Hand Delivery</u>

Alexander Haas                                Alexander Haas
Trial Attorney                                Trial Attorney
Civil Division                                Civil Division
U.S. Department of Justice                    U.S. Department of Justice
P.O. Box 883                                  RFK Building, Rm. 3611
Washington, D.C. 20044                        Washington, D.C.  20001

Tel:  (202) 305-9334
Fax:  (202) 305-3138
E-Mail:  alexander.haas@usdoj.gov

Please be advised that due to continuing delays associated with incoming U.S. Mail at government locations, correspondence by fax, overnight mail, electronic mail, or hand delivery is preferred.

Dated:   February 22, 2008               Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General, Civil Division

JOSEPH H. HUNT
Director, Federal Programs Branch


     /s/ Alexander K. Haas
ALEXANDER K. HAAS (CA# 220932)
Trial Attorney
Civil Division
United States Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel:  (202) 305-9337 — Fax:  (202) 305-3138
E-Mail:  alexander.haas@usdoj.gov