UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WILNER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Hon. Judge Cote |
| ) | |
| v. ) | 1:07-cv-3883-DLC |
| ) | |
| NATIONAL SECURITY AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants hereby respectfully move this Court for partial summary judgment as a matter of law. The reasons for this motion are set forth in defendants' memorandum in support of the partial motion for summary judgment and other materials in support filed herewith.

Dated: March 18, 2008

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH A. SHAPIRO
Assistant Director, Federal Programs Branch

   */s/ Alexander K. Haas*
ALEXANDER K. HAAS (CA# 220932)
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 305-9334 — Fax: (202) 305-3138
Email: alexander.haas@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2008, a copy of foregoing motion for partial summary judgment, as well as the accompanying memorandum and declarations in support of that motion were filed electronically and thereby served to the parties by e-mail through the operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      I also certify that a copy of these materials was served by First Class Mail on:

Mark A. Schwartz, Esq.
Julie P. Shelton, Esq.
Butler Rubin Saltarelli & Boyd, LLP
70 W. Madison, Suite 1800
Chicago, IL 60602

                                                */s/ Alexander K. Haas*
                                               Attorney for Defendants