UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WILNER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL SECURITY AGENCY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Hon. Judge Cote <br><br> 1:07-cv-3883-DLC |

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants hereby respectfully move this Court for partial summary judgment as a matter of law. The reasons for this motion are set forth in defendants' memorandum in support of the motion for summary judgment and other materials in support filed herewith.[1]

Dated: May 5, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH A. SHAPIRO
Assistant Director, Federal Programs Branch

  /s/ Alexander K. Haas
ALEXANDER K. HAAS (CA# 220932)
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 305-9334 — Fax: (202) 305-3138
Email: alexander.haas@usdoj.gov

---

[1] Because Defendants' memorandum exceeds the page limit, a request for leave to file an oversize brief accompanies this filing by way of letter to the Court, sent by overnight delivery.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 5, 2008, a copy of foregoing motion for summary judgment, as well as the accompanying memorandum and declarations in support of that motion were filed electronically and thereby served to the parties by e-mail through the operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

  I also certify that a copy of these materials was served by Overnight Delivery on:

Mark A. Schwartz, Esq.
Julie P. Shelton, Esq.
Butler Rubin Saltarelli & Boyd, LLP
70 W. Madison, Suite 1800
Chicago, IL 60602

                    */s/ Alexander K. Haas*
                    Attorney for Defendants