UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THOMAS WILNER, JONATHAN HAFETZ,                :
GITANJALI GUTIERREZ, MICHAEL J.                :    07 CIV. 3883 (DLC)
STERNHELL, JONATHAN WELLS DIXON, JOSHUA        :
COLANGELO-BYRAN, BRIAN J. NEFF, JOSEPH         :    PRETRIAL
MARGULIES, SCOTT S. BARKER, ANNE               :    SCHEDULING ORDER
CASTLE, JAMES E. DORSEY, ASMAH TAREEN          :
RICHARD A. GRIFF, THOMAS R. JOHNSON,           :
GEORGE BRENT MICKUM IV, and STEPHEN M.         :
TRUITT,                                        :
                    Plaintiffs,                :
                                               :
              -v-                              :
                                               :
NATIONAL SECURITY AGENCY and DEPARTMENT        :
OF JUSTICE,                                    :
                                               :
                    Defendants.                :
----------------------------------------X

DENISE COTE, District Judge:

     As set forth at the pretrial conference held on May 8, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   Government's reply in support of their motion for partial summary judgment on the Glomar defense shall be due by **June 3, 2008.**

2.   By June 6, 2008, plaintiffs shall submit a status letter to the Court.

Dated:   New York, New York
         May 14, 2008

                               _____
                                     DENISE COTE
                               United States District Judge