UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                           )
THOMAS WILNER, *et al.*,                   )
                                           )
       Plaintiffs,                  )
                                           )
       v.                           )    No. 07-CIV-3883 (DLC)
                                           )
NATIONAL SECURITY AGENCY, *et al.*,        )
                                           )
       Defendants.                  )
                                           )
_____ )

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Plaintiffs in the above-captioned case. I certify that I am admitted to practice before this Court.

                                          Respectfully submitted,

                                          /s/ Emilou MacLean
                                          Emilou MacLean [EM-0121]
                                          CENTER FOR CONSTITUTIONAL RIGHTS
                                          666 Broadway, 7th Floor
                                          New York, New York 10012
                                          Tel: (212) 614-6424
                                          Fax: (212) 614-6499
                                          E-mail: emaclean@ccrjustice.org

                                          Counsel for Plaintiffs


Dated:       New York, New York
                June 4, 2008