UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS WILNER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 07-CIV-3883 (DLC) |
| ) | |
| NATIONAL SECURITY AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter my appearance on behalf of the Plaintiffs in the above-captioned case. I certify that I am admitted to practice before this Court.

                                          Respectfully submitted,

                                          /s/ Emilou MacLean
                                          Emilou MacLean [EM-0121]
                                          CENTER FOR CONSTITUTIONAL RIGHTS
                                          666 Broadway, 7th Floor
                                          New York, New York 10012
                                          Tel: (212) 614-6424
                                          Fax: (212) 614-6499
                                          E-mail: emaclean@ccrjustice.org

                                          Counsel for Plaintiffs

Dated:       New York, New York
                June 6, 2008