UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/31/08

------------------------------------------------------------X
THOMAS WILNER, et al.,

                Plaintiffs,                              07 CIVIL 3883 (DLC)

      -against-                        **Rule 54(b) PARTIAL JUDGMENT**

NATIONAL SECURITY AGENCY, et al.,
                Defendants.
------------------------------------------------------------X

      Whereas by Opinion and Order dated June 25, 2008, defendants' motion for partial summary judgment was granted; plaintiffs having moved for judgment pursuant to Fed. R. Civ. P. 54(b), and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on July 31, 2008, having rendered its Memorandum Opinion and Order that there is no just reason for delay pursuant to Fed. R. Civ. 54(b), directing the Clerk of the Court to enter partial judgment in defendants' favor on the claims associated with FOIA Request No. 1, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 31, 2008, there is no just reason for delay pursuant to Fed. R. Civ. 54(b), partial judgment is entered in defendants' favor on the claims associated with FOIA Request No. 1.

**Dated:** New York, New York
           July 31, 2008

                                                        J. MICHAEL McMAHON
                                                            Clerk of Court
                                  BY:
                                                             Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____