UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WILNER, et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>NATIONAL SECURITY AGENCY and, U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | No. 07 Civ. 3883 (DLC)<br>ECF Case<br><br>**STIPULATION OF PARTIAL DISMISSAL** |

The parties to this action under the Freedom of Information Act, by and through their respective counsel and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal without prejudice of Plaintiffs' non-*Glomar* claims in this case, with each party bearing his/its own fees and costs.

TONY WEST
  Assistant Attorney General
  Civil Division
  U.S. Department of Justice
PREET BHARARA
  United States Attorney
JOSEPH H. HUNT
  Director, Federal Programs Branch
ELIZABETH J. SHAPIRO
  Assistant Director, Federal Programs Branch

_____
CAROLINE LEWIS WOLVERTON
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-0265
Facsimile: (202) 616-8470
caroline.lewis-wolverton@usdoj.gov

Dated: July 8, 2010

_____
SHAYANA KADIDAL [SK-1278]
Center for Constitutional Rights
666 Broadway, 7th Floor
New York NY  10012
(212) 614-6438
fax: (212) 614-6499
kadidal@ccrjustice.org


SO ORDERED this ___ of _____, 2010


_____
DENISE L. COTE
United States District Judge